IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| CHRISTOPHER GLADDEN, | Case No. 1:21-cv-165 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| FACEBOOK, *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 9)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court hereby **ORDERS** that:

1. Defendants' motion to dismiss (Doc. 5) is **GRANTED**;

2. Judgment is entered in Defendants' favor, with prejudice, based upon Plaintiff's failure to prosecute; and

3. This case is closed on the docket of this Court.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND